# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 17-1338V
Filed: December 20, 2018
UNPUBLISHED

| | |
|---|---|
| CRIS D. SALAZAR,<br><br>　　　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>　　　　　　　　Respondent. | Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*Anthony G. Lopez*, Anthony G. Lopez, Attorney at Law, Taos, NM, for petitioner.
*Claudia Barnes Gangi*, U.S. Department of Justice, Washington, DC, for respondent.

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

　　On September 26, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that after receiving the trivalent influenza vaccine on October 12, 2015, she suffered the Table Injury of shoulder injury related to vaccine administration ("SIRVA"). Petition at ¶ 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

　　On December 7, 2018, a ruling on entitlement was issued, finding petitioner entitled to compensation for her SIRVA. On December 20, 2018, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $160,233.27, representing compensation in the amount of $157,500.00 for pain and

---

[1] The undersigned intends to post this decision on the United States Court of Federal Claims' website. **This means the decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access. Because this unpublished decision contains a reasoned explanation for the action in this case, undersigned is required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

suffering and in the amount of $2,733.27 for petitioner's past out-of-pocket medical expenses.  Proffer at 1.  In the Proffer, respondent represented that petitioner agrees with the proffered award.  *Id.*  Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $160,233.27, representing compensation in the amount of $157,500.00 for pain and suffering and in the amount of $2,733.27 for actual unreimbursable expenses in the form of a check payable to petitioner, Cris D. Salazar.**  This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

                                                **s/Nora Beth Dorsey**
                                                Nora Beth Dorsey
                                                Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

_____
                                          )
CRIS SALAZAR,                             )
                                          )
                Petitioner,               )
                                          )       **No. 17-1338V**
v.                                        )       **Chief Special Master Dorsey**
                                          )       **ECF**
SECRETARY OF HEALTH AND                   )
HUMAN SERVICES,                           )
                                          )
                Respondent.               )
_____)

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

**I.     Items of Compensation**

On December 4, 2018, respondent conceded that entitlement to compensation was appropriate under the terms of the Vaccine Act. On December 7, 2018, Chief Special Master Dorsey issued a Ruling on Entitlement, finding that petitioner was entitled to vaccine compensation for her Shoulder Injury Related to Vaccine Administration ("SIRVA"). Based upon the evidence of record, respondent proffers that petitioner should be awarded $160,233.27. The award is comprised of the following: $157,500.00 for pain and suffering; and $2,733.27 for past out-of-pocket medical expenses. This amount represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a).

**II.    Form of the Award**

The parties recommend that compensation provided to petitioner should be made through

a lump sum payment of **$160,233.27**, in the form of a check payable to petitioner.[1]  Petitioner agrees.

  Petitioner is a competent adult.  Evidence of guardianship is not required in this case.

          Respectfully submitted,

          JOSEPH H. HUNT
          Assistant Attorney General

          C. SALVATORE D'ALESSIO
          Acting Director
          Torts Branch, Civil Division

          CATHARINE E. REEVES
          Deputy Director
          Torts Branch, Civil Division

          HEATHER L. PEARLMAN
          Assistant Director
          Torts Branch, Civil Division

          /s/ Claudia B. Gangi
          CLAUDIA B. GANGI
          Senior Trial Attorney
          Torts Branch, Civil Division
          U.S. Department of Justice
          P.O. Box 146
          Benjamin Franklin Station
          Washington, D.C. 20044-0146
          Tel:  (202) 616-4138
          Email:  claudia.gangi@usdoj.gov

Dated:  December 20, 2018

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future pain and suffering.